1 | Gina Fazio, Esq. #225178
2 | Law Offices of Jeffrey Milam
  | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| DEBORAH GIBSON ) | |
| ) | Civil Action No. CV-S-04-1776 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until May 22, 2005, in which to file and serve Summary Judgment brief. All remaining actions under the scheduling order filed, August 26, 2004, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: April 22, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: April 22, 2005 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Bobbie J. Montoya (as authorized via facsimile) BOBBIE J. MONTOYA |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated: 4/26/05 | /s/ Gregory G. Hollows |
| 10 | | GREGORY G. HOLLOWS United States Magistrate Judge |
| 11 | gibson1776.eot04-2 | |