1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| DEBORAH GIBSON ) ) | Civil Action No. CV-S-04-1776 GGH |
| ) Plaintiff, ) ) | STIPULATION AND ORDER |
| vs. ) ) JO ANNE B. BARNHART, ) Commissioner of Social ) Security, ) ) Defendant. ) _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 21, 2005, in which to file and serve Summary Judgment brief.  All remaining actions under the scheduling order filed, August 26, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: May 23, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: May 23, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Bobbie J. Montoya<br>(as authorized via facsimile)<br>BOBBIE J. MONTOYA |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated: 6/1/05 | /s/ Gregory G. Hollows |
| 10 | | GREGORY G. HOLLOWS<br>United States Magistrate Judge |
| 11 | gibson1776.eot05 | |